# Order

Michigan Supreme Court
Lansing, Michigan

November 24, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141412

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JARRON DONTI GEORGE,
      Defendant-Appellant.

SC: 141412
COA: 288258
Oakland CC: 2005-205374-FC

_____/

On order of the Court, the application for leave to appeal the May 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

YOUNG, J. (*concurring*).

Although I recognize this Court's decision in *People v Katt*, 468 Mich 272 (2003), controls the application of Michigan Rule of Evidence 803(24), I continue to adhere to the positions stated in my dissenting opinion in *Katt*.

KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2010

_____
Clerk

p1117